| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Rodney L. Monticello | | |
| Debtor 2 (Spouse, if filing) | Cindy M. Monticello | | |
| United States Bankruptcy Court for the : Eastern | | District of | Michigan (State) |
| Case number | 19-48617-TJT | | |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no.** (if known): | 16-1 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX7547 | **Date of payment change:** Must be at least 21 days after date of this notice | 11/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $741.80 |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 283.03            **New escrow payment :** $ 348.70

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**         %            **New interest rate:**         %
   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____       **New mortgage payment:**   $ _____

Debtor 1 **Rodney L. Monticello** Case number *(if known)* 19-48617-TJT
First Name    Middle Name    Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| X | /s/Melissa Licker | | Date | 10/5/2020 |
| | Signature | | | |

| Print: | Melissa | | Licker | Title | Authorized Agent for Creditor |
| | First Name | Middle Name | Last Name | | |

| Company | McCalla Raymer Leibert Pierce, LLC |

| Address | 1544 Old Alabama Road |
| | Number    Street |
| | Roswell    GA    30076 |
| | City    State    ZIP Code |

Contact phone    732-902-5384        Email    Melissa.Licker@mccalla.com

Official Form 410S1        Notice of Mortgage Payment Change        page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:
    Rodney L. Monticello
    Cindy M. Monticello

Bankruptcy Case No.: 19-48617-TJT
Chapter: 13
Judge: Thomas J. Tucker

## CERTIFICATE OF SERVICE

I, Melissa Licker, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Rodney L. Monticello
29514 Tamarack
Flat Rock, MI 48134

Cindy M. Monticello
29514 Tamarack
Flat Rock, MI 48134

Roberta W. Andrews      *(served via ECF Notification)*
38545 Ford Rd.
Suite 104
Westland, MI 48185

Tammy L. Terry, Trustee      *(served via ECF Notification)*
Buhl Building
535 Griswold, Suite 2100
Detroit, MI 48226

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    10/5/2020    By:    */s/Melissa Licker*
              (date)             Melissa Licker
                                       Authorized Agent for Creditor



PO Box 10826
Greenville, SC 29603 0826

RODNEY L MONTICELLO
CIND MONTICELLO
29514 TAMARACK DR
FLAT ROCK MI 48134

Analysis Date: September 22, 2020
Loan:

Property Address:
29514 TAMARACK
FLAT ROCK, MI 48134

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with . It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 |
|---|---|---|
| P & I Pmt: | $393.10 | $393.10** |
| Escrow Pmt: | $283 03 | $348.70 |
| Other Funds Pmt: | $0 00 | $0 00 |
| Asst. Pmt (-): | $0 00 | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 |
| Total Payment: | $676.13 | $741 80 |

| Prior Esc Pmt | December 01, 2019 |
|---|---|
| P & I Pmt: | $393.10 |
| Escrow Pmt: | $283 03 |
| Other Funds Pmt: | $0 00 |
| Asst. Pmt (-): | $0 00 |
| Resrv Acct Pmt: | $0 00 |
| Total Payment: | $676.13 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | August 01, 2020 |
| Escrow Balance: | -$666 29 |
| Anticipated Pmts to Escrow: | $849 09 |
| Anticipated Pmts from Escrow (-): | $0 00 |
| Anticipated Escrow Balance: | $182 80 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,743.30 |
| Required Cushion | $623.88 |
| Required Starting Balance | $623.90 |
| Escrow Shortage | -$441.10 |
| Surplus | $0.00 |

Cushion Calculation: Because does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 623 88. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 623 88 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Dec 2019 to Oct 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0 00 | (939.15) |
| Dec 2019 | | | | 508.95 | * | City Tax | 0 00 | (1,448.10) |
| Feb 2020 | | 273.71 | | | * | | 0 00 | (1,174 39) |
| Feb 2020 | | 283.03 | | | * | | 0 00 | (891 36) |
| Feb 2020 | | 283.03 | | | * | | 0 00 | (608 33) |
| Mar 2020 | | 566.06 | | | * | | 0 00 | (42 27) |
| Mar 2020 | | 566.06 | | | * | | 0 00 | 523.79 |
| Apr 2020 | | 283.03 | | | * | | 0 00 | 806.82 |
| Apr 2020 | | 283.03 | | | * | | 0 00 | 1,089.85 |
| May 2020 | | 283.03 | | | * | | 0 00 | 1,372.88 |
| Jun 2020 | | 283.03 | | | * | | 0 00 | 1,655.91 |
| Jul 2020 | | 283.03 | | | * | | 0 00 | 1,938.94 |
| Aug 2020 | | 283.03 | | | * | | 0 00 | 2,221.97 |
| Aug 2020 | | | | 2,251 35 | * | City Tax | 0 00 | (29 38) |
| Sep 2020 | | 283.03 | | | * | | 0 00 | 253.65 |
| Sep 2020 | | | | 983.00 | * | Hazard | 0 00 | (729 35) |
| | | | | | | Anticipated Transactions | 0 00 | (729 35) |
| Oct 2020 | | 849.09P | | | | | | 119.74 |
| | $0 00 | $4,802.19 | $0 00 | $3,743.30 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.



Analysis Date: September 22, 2020
Loan:

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 182.80 | 623.90 |
| Nov 2020 | 311.94 | | | 494.74 | 935.84 |
| Dec 2020 | 311.94 | 508.95 | City Tax | 297.73 | 738.83 |
| Jan 2021 | 311.94 | | | 609.67 | 1,050.77 |
| Feb 2021 | 311.94 | | | 921.61 | 1,362.71 |
| Mar 2021 | 311.94 | | | 1,233 55 | 1,674.65 |
| Apr 2021 | 311.94 | | | 1,545.49 | 1,986.59 |
| May 2021 | 311.94 | | | 1,857.43 | 2,298.53 |
| Jun 2021 | 311.94 | | | 2,169 37 | 2,610.47 |
| Jul 2021 | 311.94 | | | 2,481 31 | 2,922.41 |
| Aug 2021 | 311.94 | 2,251 35 | City Tax | 541.90 | 983.00 |
| Sep 2021 | 311.94 | | | 853.84 | 1,294.94 |
| Oct 2021 | 311.94 | 983.00 | Hazard | 182.78 | 623.88 |
| | $3,743.28 | $3,743.30 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 182.80.  Your starting
balance (escrow balance required) according to this analysis should be $623.90.  This means you have a shortage of 441.10.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.
We anticipate the total of your coming year bills to be 3,743.30.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $311 94 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $36.76 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $348.70 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $705.04 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

---

Detach Here

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: | |
| Full Shortage Amount: | $441.10 |
| Payment Amount: | $ |

PO Box 10826
Greenville, SC  29603 0826
(800) 365-7107

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 36.76.

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left

P.O. Box 740039
Cincinnati, OH 45274-0039